```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12032
    KAREN A PRZYBYTEK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-8509


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 09/23/2006 and was confirmed 11/16/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 08/16/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG          .00          .00            .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE      6823.96          .00            .00
COOK COUNTY TREASURER      SECURED            2474.63          .00         357.00
ILLINOIS TITLE LOANS       SECURED VEHIC      3512.33       181.60         411.61
EXCEL                      UNSECURED        NOT FILED          .00            .00
CREDITORS COLLECTION BUR   NOTICE ONLY      NOT FILED          .00            .00
FAIRVIEW PROPERTY TAX      UNSECURED           494.10          .00            .00
HEIGHTS AUTO WORKERS CU    UNSECURED          8385.32          .00            .00
MARGARET MERCY HOSPITAL    UNSECURED        NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU    NOTICE ONLY      NOT FILED          .00            .00
MARGARET MERCY HOSPITAL    UNSECURED        NOT FILED          .00            .00
MUTUAL HOSPITAL SERVICES   NOTICE ONLY      NOT FILED          .00            .00
MCI WORLD COM              UNSECURED        NOT FILED          .00            .00
GC SERVICES                NOTICE ONLY      NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED           317.91          .00            .00
SPRINT-NEXTEL CORP         UNSECURED           540.20          .00            .00
PENTAGROUP FINANCIAL LLC   NOTICE ONLY      NOT FILED          .00            .00
NICOR GAS                  UNSECURED        NOT FILED          .00            .00
NORTH SHORE AGENCY         UNSECURED        NOT FILED          .00            .00
PREFERRED CREDIT           SECURED NOT I      1331.27          .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED         36804.27          .00            .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED          .00            .00
DEBT CREDIT SERVICES       NOTICE ONLY      NOT FILED          .00            .00
VILLAGE OF STEGER          UNSECURED        NOT FILED          .00            .00
AMC MORTGAGE SERVICES      NOTICE ONLY      NOT FILED          .00            .00
FORD MOTOR CREDIT          UNSECURED          1088.60          .00            .00
ILLINOIS TITLE LOANS       UNSECURED           419.05          .00            .00
STUART B HANDELMAN         DEBTOR ATTY       2,000.00                     1,573.95
TOM VAUGHN                 TRUSTEE                                          152.84
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 12032 KAREN A PRZYBYTEK
```

```
--------------------------------------------------------------------------
                      RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                2,677.00

PRIORITY                                          .00
SECURED                                        768.61
    INTEREST                                   181.60
UNSECURED                                         .00
ADMINISTRATIVE                               1,573.95
TRUSTEE COMPENSATION                           152.84
DEBTOR REFUND                                     .00
                    ---------------      ---------------
TOTALS                 2,677.00              2,677.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/05/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE